**FILED**

**NOV 14 2014**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAXFIRE, INC., <br><br> Defendant - Appellant, <br><br> v. <br><br> ELECTRONIC FRONTIER FOUNDATION and PETER ECKERSLEY, <br><br> Movants - Appellees. | No. 12-17506 <br><br> D.C. No. 3:12-mc-80135-SI <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Defendant-Appellant's Motion to Reschedule Oral Argument is granted.

The clerk is instructed to set this matter for argument before a new panel on a date after February 25, 2015.

FOR THE COURT

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk