FILED

APR 17 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAXFIRE, INC., <br><br> Defendant - Appellant, <br><br> v. <br><br> ELECTRONIC FRONTIER FOUNDATION; PETER ECKERSLEY, <br><br> Movants - Appellees. | No. 12-17506 <br><br> D.C. No. 3:12-mc-80135-SI <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: TROTT and GRABER, Circuit Judges and RESTANI,[*] Judge.

Appellees' motion filed April 16, 2015, to vacate oral argument is hereby denied as MOOT.

---

[*] The Honorable Jane A. Restani, Senior International Trade Judge for the U.S. Court of International Trade, sitting by designation.